B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re    **400 Walnut Associates, L.P.**
Debtor(s)

Case No. _____
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BVF Construction Co., Inc.<br>78 Tomlinson Road, #C<br>Lower Moreland Twp., PA 19006 | | | Disputed | 307,191.25 |
| Sunlight Electrical Contracting Co. Inc.<br>499 York Rd<br>Warminster, PA 18974 | | | Disputed | 203,151.69 |
| St. Paul Travelers<br>CL Remittance Center<br>Hartford, CT 06183-1008 | | | | 14,022.00 |
| PECO Energy<br>2301 Market Street<br>Philadelphia, PA 19101 | | | | 6,414.55 |
| Trigen-Philadelphia Energy Corp.<br>P.O. Box 681032<br>Milwaukee, WI 53268-1032 | | | | 6,001.43 |
| Internal Revenue Service<br>Cincinnati, OH 45999-0039 | | | | 1,363.83 |
| Water Revenue Bureau<br>1401 JFK Blvd<br>Philadelphia, PA 19102-1663 | | | | 812.40 |
| City of Philadelphia<br>Department of Revenue<br>P.O. Box 1393<br>Philadelphia, PA 19105-9731 | | | | 110.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |