# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                : CHAPTER 11
                                                      :
    400 WALNUT ASSOCIATES LP           :
                                                      :
        DEBTOR(S)       : BANKRUPTCY NO.10-16094   SR

# ORDER

    AND NOW, upon consideration of the Debtor's Motion for Use of Cash Collateral and 4th Walnut's Motion to Prohibit Use of Rents, after hearing held December 9, 2010, the submission of briefs, and for the reasons set forth in the preceding Opinion, it is hereby:

    ORDERED, that 4th Walnut's Motion is Denied and it is

    FURTHER ORDERED that the Debtor may use the rents generated by the Debtor's real estate pursuant to Bankruptcy Code § 363.

                      By the Court:

                      *Stephen Raslavich*

                      Stephen Raslavich
                      Chief U.S. Bankruptcy Judge

Dated: <u>February 22, 2011</u>

Office of the United States Trustee

George M. Conway, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19106
george.m.conway@usdoj.gov

Counsel for Debtor

Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
MASCHMEYER KARALIS, P.C.
1900 Spruce Street
Philadelphia, PA 19103
akaralis@cmklaw.com
rseitzer@cmklaw.com

Counsel for 4th Walnut Associates, LP

Francis M. Correll, Jr., Esquire
Domenic E. Pacitti, Esquire
Margaret M. Manning, Esquire
KLEHR HARRISON HARVEY
BRANZBURG LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103
fcorrell@klehr.com
dpacitti@klehr.com
mmanning@klehr.com

Counsel for RAIT LP

Lawrence J. Kotler, Esquire
DUANE MORRIS LP
30 South 17th Street
Philadelphia, PA 19103-4196
ljkotler@duanemorris.com

Gerard S. Catalanello, Esquire
DUANE MORRIS LP
1450 Broadway
New York, NY 10036-4086
gcatalanello@duanemorris.com

<u>Counsel for Sunlight Elec. Contracting</u>

Jeffrey C. Venzie, Esquire
VENZIE PHILLIPS & WARSHAWER
2032 Chancellor Street
Philadelphia PA 19103
jvenzie@venzie.com

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich