UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 11 |
| | : |
| 400 WALNUT ASSOCIATES, L.P. | : BANKRUPTCY NO. 10-16094(SR) |
| | : |
| Debtor | : |

## SCHEDULING ORDER FOR DEBTOR'S AMENDED DISCLOSURE STATEMENT DATED DECEMBER 7, 2010

**AND NOW**, this _____ day of February, 2011, upon consideration of the Debtor's Motion for Approval of Disclosure Statement and For the Fixing of Dates For Filing of Acceptances, Rejections or Objections to the Debtor's Plan of Reorganization (the "Motion") [Doc. No. 100] and the Debtor having filed an Amended Disclosure Statement dated December 7, 2010 [Doc. No. 140] and Amended Plan of Reorganization dated December 7, 2010 [Doc. No. 139], and after a colloquy among Debtor's counsel, counsel for 4th Walnut Associates, L.P. and counsel for Sunlight Electrical Contracting Co., Inc. at the status hearing held on February 24, 2011 and with the consent of the parties, it is hereby, **ORDERED** that:

1. Objections to the Debtor's Amended Disclosure Statement dated December 7, 2010 must be filed with the Clerk of the United States Bankruptcy Court and a copy served upon Debtor's counsel, so as to be received on or before March 17, 2011; and

2. A hearing to consider the adequacy of the Debtor's Amended Disclosure Statement dated December 7, 2010 is scheduled for **Tuesday, March 22, 2011, at 10:30 a.m. in Courtroom No. 4,** United States Bankruptcy Court, Robert N.C. Nix Sr. Building, 900 Market Street, Philadelphia, PA 19106.

BY THE COURT:

_____
HONORABLE STEPHEN RASLAVICH
CHIEF U.S. BANKRUPTCY JUDGE