## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | Chapter 11 |
| 400 WALNUT ASSOCIATES, L.P. | Case No. 10-16094 (SR) |
| Debtor. |  |

## MOTION FOR RECONSIDERATION OF
## THE COURT ORDER AND OPINION DATED FEBRUARY 22, 2011

4TH Walnut Associates, L.P., by and through its undersigned counsel, hereby files its Motion (the "Motion") for Reconsideration of this Court's Order and Opinion dated February 22, 2011 and, in support hereof, relies upon its Memorandum of Law in Support of the Motion filed contemporaneously herewith.

Respectfully submitted,

DATED: March 9, 2011

**KLEHR HARRISON HARVEY BRANZBURG LLP**

*/s/ Margaret M. Manning*
Francis M. Correll, Jr., Esquire
Domenic E. Pacitti, Esquire
Margaret M. Manning, Esquire
1835 Market Street, Suite 1400
Philadelphia, PA 19103
(215) 569-2700 (Telephone)
(215) 568-6603 (Facsimile)

and

919 Market Street, Suite 1000
Wilmington, DE 19801
(302) 426-1189 (Telephone)
(302) 426-9193 (Facsimile)

Attorneys for 4th Walnut Associates, L.P