IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| 400 WALNUT ASSOCIATES, L.P. | : | BANKRUPTCY NO. 10-16094(SR) |
| | : | |
| Debtor | : | |

**CERTIFICATION OF NO ANSWER, OBJECTION OR OTHER
RESPONSIVE PLEADING TO MOTION OF DEBTOR FOR THIRD
EXTENSION OF EXCLUSIVE PERIOD TO FILE
PLAN AND TO SOLICIT ACCEPTANCES AND REJECTIONS**

TO:   THE HONORABLE STEPHEN RASLAVICH,
Chief United States Bankruptcy Judge

I, Robert W. Seitzer, Esquire, of Maschmeyer Karalis P.C., hereby certify that on March 7, 2011, a copy of the Notice of Motion, Response Deadline, and Hearing Date on the Motion of Debtor For Third Extension of Exclusive Period to File Plan and to Solicit Acceptances and Rejections (the "Motion") was served on the Office of the U.S. Trustee, Bankruptcy Rule 2002 Parties, interested parties, secured creditors and the twenty largest unsecured creditors. No objection or other responsive pleading to the Motion has been filed and that the time for serving and filing any such answer, objection or other responsive pleading has expired.

**WHEREFORE,** counsel to the Debtor respectfully requests that the proposed Order attached to the Motion be granted.

Respectfully submitted,

**MASCHMEYER KARALIS P.C.**

By:   /s/ Robert W. Seitzer
Aris J. Karalis, Esquire
Robert W. Seitzer, Esquire
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Debtor

Dated: March 22, 2011